UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                              Criminal No. 14-236 (JNE/TNL) (1)
                                                 ORDER

Fahad Abdihakim Diriye,

        Defendant.

This matter is before the Court on a Report and Recommendation issued by the Honorable Tony N. Leung, United States Magistrate Judge, on October 28, 2014. Defendant Fahad Abdihakim Diriye has objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 38].

Therefore, IT IS ORDERED THAT:

    1.    Defendant's Motion to Suppress Statements [Docket No. 20] is DENIED.

    2.    Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 25] is DENIED.

Dated: December 2, 2014

                                                                          s/Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                            United States District Judge